OLEGARIO FUENTES, demandante y apelado, *v.* RAFAEL MELÉNDEZ, demandado y apelante.

No. 4647.—*Sometido:* Abril 23, 1929. *Resuelto:* Enero 29, 1930.

*F. Navarro,* abogado del apelante; *L. Muñoz Morales,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

Ante la Corte de Distrito de Guayama demandó Olegario Fuentes a Rafael Meléndez, alegando haber dado en arrendamiento, en 1911, a Angel Meléndez, por término de dos años, diez y media cuerdas de terreno, que son parte de una finca

de mayor extensión, propia del demandandante y radicada en el término de Aibonito; y que vencido el arrendamiento, Angel Meléndez, que se hallaba enfermo, abandonó la finca, y entonces Rafael Meléndez se incautó de la misma, sin el consentimiento del demandante, y se encuentra en ella, negándose a desocuparla. Alegó también que el demandado ha percibido y hecho suyos los frutos, por valor de 700 dollars; y pidió en consecuencia con esas alegaciones.

En su contestación el demandado alegó que es cierto que el demandante era dueño de un predio de terreno en Aibonito; y que en 1912 segregó de ese predio las diez y media cuerdas que describe en la demanda, y se las vendió a Angel Meléndez, quien las poseyó como dueño hasta que enfermó y se incapacitó entrando en el manicomio de San Juan, y el demandado, como hermano de Angel Meléndez se hizo cargo de la finca hasta que su hermano recobre la salud; negó la detentación de la finca; negó el título en el demandante; y alegó como defensa especial que éste había radicado, con anterioridad a este pleito, una demanda en la Corte Municipal de Cayey, contra Angel Meléndez, alegando haber vendido al demandado una finca de diez y media cuerdas en el barrio de Llorens, término de Aibonito, por contrato verbal, y por precio de $315, de los que el comprador pagó $80, y no había satisfecho el balance al vencimiento del plazo fijado, que era el de un año, ni al de la prórroga; y que el demandante se hallaba dispuesto a otorgar la escritura correspondiente, previo el pago del total del precio; y asimismo que el demandado se hallaba poseyendo la finca; que en la tramitación de dicho pleito, Rafael Meléndez fué nombrado defensor de su hermano Angel, y en contestación presentó la alegación de prescripción de la acción; y entonces Olegario Fuentes desistió de su demanda.

El caso fué a juicio; y en éste el demandante presentó como prueba el título escriturario de su finca de setenta cuerdas en el barrio del Llano, en Aibonito, inscrito en el

registro de la propiedad; varios recibos de contribuciones; una certificación expedida por el Secretario de la Corte Municipal de Cayey, de sentencia en un expediente civil con respecto a incapacidad de Angel Meléndez, en fecha 28 de junio de 1913, y en la que se declaró probado que el incapacitado no tenía bienes.

Las partes convinieron en la identidad de las fincas, como aparecen de las alegaciones.

En prueba testifical, declararon, por el demandante:

Olegario Fuentes, que en esencia dijo ser suya la finca, y haberla dado en arrendamiento por dos años a Angel Meléndez, y haberse tratado de que si a los dos años estaba Fuentes dispuesto a venderle a Meléndez, éste le compraría. Dijo también que cobró ochenta dollars importe del canon de arrendamiento de los dos años por adelantado: que en ocasión anterior había acudido a los tribunales para pedir su finca, entendiéndose en esa gestión su hijo: que Angel Meléndez se enfermó, y que en la finca se entró el demandado, quien la está cultivando y recogiendo sus frutos; que no ha vendido la finca, ni ha tenido intención de venderla, a Angel Meléndez, ni se lo ha dicho así a nadie.

Asunción Fuentes declaró en igual sentido; esto es, sosteniendo que su padre, Olegario Fuentes, había arrendado las diez y media cuerdas a Angel Meléndez; negando la venta; y afirmando que Rafael Meléndez se halla en la finca, y la cultiva. Dijo que él y su padre han querido tomar posesión de la finca, pero no se lo ha permitido el demandado; que se han puesto demandas con ese fin, que el declarante no las leyó, dejando la forma a elección del abogado; que su padre nunca ha recibido otra cantidad que los ochenta pesos del arrendamiento; que a entenderse con los abogados para aquellas demandas fué sólo el testigo.

Afirmó también el arrendamiento y negó la venta el testigo Francisco Marrero; y lo mismo José Ferrán.

El demandado presentó como testigo a Nicolás Santini y

Rafael Meléndez. Ellos sustancialmente declararon que habían estado presentes cuando Olegario Fuentes vendió a Angel Meléndez la finca de 10 cuerdas o 10½ cuerdas en 108 dollars de los que recibió 80 y quedó el resto para escriturar y mensura y que se hizo un recibo; y que la finca la tiene hoy Rafael Meléndez y la cultiva para ayudar a la familia y su hermano. Las declaraciones son muy largas, y un tanto confusas en cuanto al detalle.

Se trajo como prueba por el demandado una copia certificada de una demanda a nombre de Olegario Fuentes contra Angel Meléndez, ante la Corte Municipal de Cayey, y en la que se alegó que Olegario Fuentes había vendido a Angel Meléndez una finca de diez y media cuerdas, en el barrio del Llano, término de Aibonito, en precio de $315, del que había recibido a cuenta $80, y debía el resto, y que el demandante estaba dispuesto a otorgar la escritura. La demanda no está jurada, y es de fecha 22 de septiembre de 1925. En la certificación se incluyen las copias de emplazamiento, diligencias de embargo, y una contestación, a nombre del demandado, alegando la prescripción; y de una moción de desistimiento del demandante, y la resolución de conformidad.

La corte de distrito dictó sentencia declarando con lugar la demanda, sin especial condena de costas. A esta sentencia se refiere la apelación ante nosotros.

A nuestro juicio lo que la evidencia demuestra es que Rafael Meléndez carece en absoluto de título alguno a la propiedad, y quizá hasta a la posesión, de la finca reclamada. El no lo ha presentado; y es más, ni siquiera lo ha alegado.

La circunstancias de que se haya intentado y seguido hasta un cierto punto, un pleito por Olegario Fuentes contra Angel Meléndez, para que éste pagara al primero el precio de la finca que alegaba haberle vendido y de la cual deseaba otorgarle el título por escritura, no puede ser decisiva en este caso; esto, aparte de que nada se resolvió en aquel pleito,

porque Fuentes desistió. Y ahora, habiendo el demandante probado *prima facie* su título, la presunción es la de continuidad en ese estado, a menos que el demandado destruya ial presunción; y no lo ha hecho. La corte de distrito indudablemente creyó que la mera presentación de una demanda de la que luego se desistió sin que se dictara resolución sobre los méritos, no era suficiente; y al proceder así la corte inferior no cometió error alguno.

*Debe confirmarse la sentencia apelada.*

Los Jueces, Presidente Señor del Toro, y Asociado Señor Hutchison, disintieron.*